### FAGAN v. STRONG.

*(Supreme Court, General Term, First Department.  June 6, 1890.)*

No opinion.  Motion granted, with $10 costs.  See 7 N. Y. Supp. 919.

---

### In re MELLIN'S ESTATE.

*(Supreme Court, General Term, First Department.  June 6, 1890.)*

No opinion.  Motion for reargument denied, with leave to present the corrections claimed on the settlement of the order, which is to be entered as of a date prior to the decease of the appellant.  See 9 N. Y. Supp. 929.

---

### MITCHELL et al. v. OLIVER.

*(Supreme Court, General Term, First Department.  June 6, 1890.)*

No opinion.  Motion denied.  See 9 N. Y. Supp. 367.

---

### FARMER v. EMIGRANT INDUSTRIAL SAV. BANK.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion dismissed.

---

### In re GRAY.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion granted, with $10 costs.  See 9 N. Y. Supp. 944.

---

### In re KEECH'S ESTATE.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion for leave to go to court of appeals granted, and order signed.  See 7 N. Y. Supp. 331, *ante*, 265.

---

### MUNRO v. SMITH et al.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied.  See 2 N. Y. Supp. 313; 6 N. Y. Supp. 426; 7 N. Y. Supp. 947; 8 N. Y. Supp. 671.

---

### RHINELANDER v. NEW YORK EL. RY. CO. et al.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied.

---

### SCHELL v. MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Supreme Court, General Term, First Department.  October 7, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.  Motion denied.